UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CATHERINE TUTTLE,

    Plaintiff,

v.                                                         Case No. 06-14366

CITY OF DETROIT, et al,              HONORABLE AVERN COHN

    Defendants.

_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AS TO LIABILITY WITHOUT PREJUDICE

This is an employment discrimination case. Before the Court is plaintiff's motion for default judgment as to liability based on defendant's failure to comply with discovery. For the reasons stated on the record at the hearing on October 25, 2007, the motion is DENIED WITHOUT PREJUDICE to plaintiff's right to apply for sanctions at the conclusion of the case.

    SO ORDERED.

Dated: October 26, 2007            s/Avern Cohn
                                        AVERN COHN
                                        UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, October 26, 2007, by electronic and/or ordinary mail.

                                              s/Julie Owens
                                             Case Manager, (313) 234-5160